UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JOHNSON, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>RYDER TRANSPORTATION SOLUTIONS, LLC,<br><br>            Defendant. | Case No. 22-cv-07456-JST<br><br>**ORDER DISMISSING CASE** |

On December 7, 2023, the court in *Perkins v. Ryder Integrated Logistics, Inc.*, Case No. 23-cv-00502-WHO, granted the parties' "stipulation to filing a Consolidated Class Action Complaint that sweeps" this case into the *Perkins* case. *Perkins*, ECF No. 36 at n.2. The court further ordered counsel to "file a notice of dismissal without prejudice" in this case. *Id.* To date, counsel have not done so.

Following the order in *Perkins*, the Court now dismisses this case without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2024

                                                      JON S. TIGAR
                                               United States District Judge